## CERTIFICATE OF SERVICE

I, __James A. Boatman, Jr.__ , certify that I am, and at all times during the service of process was,
      (name)

not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made __September 20, 2021__ by:
      (date)

[X]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Nezar Saeed Hammo
    8613 Redskin Ct.
    Orlando, FL 32829

[ ]  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]
      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__September 20, 2021__             _/s/ JB_
  Date                                                           Signature

| Print Name | | |
| --- | --- | --- |
| James A. Boatman, Jr. | | |
| Business Address | | |
| 3021 Airport Pulling Rd N, Ste 202 | | |
| City | State | Zip |
| Naples | FL | 34105 |

# U.S. Bankruptcy Court
## Middle District of Florida

In re:  
**NEZAR SAEED HAMMO**  
Debtor

Bankruptcy Case No. **6:21−bk−02336−KSJ**

**DISH NETWORK L.L.C.**  
Plaintiff  
v.  
**NEZAR SAEED HAMMO**  
Defendant

Adversary Proceeding No. **6:21−ap−00123−KSJ**

## *ALIAS SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Middle District of Florida**<br>**400 West Washington Street, Suite 5100**<br>**Orlando, FL 32801** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **James A Boatman, Jr**<br>**3021 Airport Pulling Road, North**<br>**Suite 202**<br>**Naples, FL 34105−3077** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***
.
**The enclosed Certificate of Service must be filed with the court along with a copy of this summons** after service has been made on the parties.

CSD 3007