# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## MIDDLE District of Florida

Case Number: 6:21-BK-02336-KSJ

Plaintiff:
**DISH NETWORK, LLC**

vs.

Defendant:
**NEZAR SAEED HAMMO**


SPL2021001590

For:
JAMES A. BOATMAN, JR.
BOATMAN RICCI, P.A.
3021 AIRPORT-PULLING RD. N.
SUITE 202
NAPLES, FL 34105

Received by SERVE PRO LEGAL SERVICES LLC on the 23rd day of September, 2021 at 12:16 pm to be served on **NEZAR SAEED HAMMO, 8613 REDSKIN CT., ORLANDO, FL 32829**.

I, JAMES PAUL TREBOWSKI, being duly sworn, depose and say that on the **9th day of October, 2021** at **10:40 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Alias Summons, Rule 7001-1, Notice of Scheduling Pretrial/Status Conference, Adversarial Complaint with Exhibit, and Plaintiff's Corporate Disclosure** with the date and hour of service endorsed thereon by me, to: **DAYNA NEZAR** as **DAUGHTER** at the address of: **8613 REDSKIN CT., ORLANDO, FL 32829**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Middle Eastern, Height: 5'5", Weight: 130, Hair: Black, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 10th day of October, 2021 by the affiant who is personally known to me.

_____
Notary public

**JAMES PAUL TREBOWSKI**
CPS # 0228

SERVE PRO LEGAL SERVICES LLC
510 WILSON BLVD SOUTH
NAPLES, FL 34117
(239) 348-7690

Our Job Serial Number: SPL-2021001590
Ref: 1043-102.001

Notary Public State of Florida
Laure Steele
My Commission
HH 163886
Exp. 9/15/2025

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

# CERTIFICATE OF SERVICE

I, __James Trebowski__ , certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made _____ by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☒ Residence Service: By leaving the process with the following adult at:
8613 Redskin Ct  Orlando  Fl  32829

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/9/21__                    __/s/ James Trebowski__
Date                                  Signature

Print Name: James Trebowski
Business Address: 727 Carlson Dr
City: Orl   State: Fl   Zip: 32804

# U.S. Bankruptcy Court
## Middle District of Florida

In re:
**NEZAR SAEED HAMMO**
Debtor

Bankruptcy Case No. **6:21-bk-02336-KSJ**

**DISH NETWORK L.L.C.**
Plaintiff
v.
**NEZAR SAEED HAMMO**
Defendant

Adversary Proceeding No. **6:21-ap-00123-KSJ**

10/9 10:40
JT 0228

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>400 West Washington Street, Suite 5100<br>Orlando, FL 32801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| James A Boatman, Jr<br>3021 Airport Pulling Road, North<br>Suite 202<br>Naples, FL 34105-3077 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


FILED 09/21/2021

Clerk, U.S. Bankruptcy Court

\*\*\* Important Notice \*\*\*

The enclosed Certificate of Service must be filed with the court **along with a copy of this summons** after service has been made on the parties.

CSD 3007