UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re<br>NEZAR SAEED HAMMO,<br>Debtor.<br>_____<br>DISH NETWORK L.L.C.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEZAR SAEED HAMMO,<br><br>　　　　Defendant. | Case No. 21-bk-02336-GER<br><br>Adv. No. 6:21-ap-00123-GER |

**PLAINTIFF'S MOTION TO RESCHEDULE HEARING
ON MOTION FOR DEFAULT JUDGMENT**

Plaintiff, DISH Network, LLC, by and through undersigned counsel and pursuant to Rule 5071-1, hereby moves this Court for an Order to reschedule hearing on Motion for Default Judgment and in support thereof states as follows:

1. On December 13, 2021, a Status Conference was held before the Court.

2. Per the Court's December 13, 2021, Pro Memo [Doc 10] Plaintiff is instructed to file a Motion for Default Judgment, and set for hearing on February 10, 2022 at 10:15 a.m.

3. Neither the undersigned, nor any of the undersigned's associates, are available on February 10, 2022, as they are all out of town attending a Florida Bar CLE Seminar on said date.

4. No Notice of Hearing has been filed or served with the original date scheduled by the Court.

5. The relief requested herein will not prejudice the Debtor.

WHEREFORE, Plaintiff, DISH Network, LLC, respectfully requests the entry of an Order rescheduling the hearing on Plaintiff's Motion for Default Judgment.

Respectfully submitted on January 24, 2022.

                BOATMAN RICCI

                _s/_ James A. Boatman, Jr._____
                   James A. Boatman, Jr., Esq.
                   Fla. Bar No. 130184
                   3021 Airport-Pulling Rd. N., Suite 202
                   Naples, Florida 34105
                   Email: CourtFilings@boatman-law.com
                   (239) 330-1494 – Telephone
                   Attorneys for DISH Network, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Motion with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served by Regular U.S. Mail to the following:

Nezar Saeed Hammo
8613 Redskin Court
Orlando, FL  32829

on January 24, 2022.

                BOATMAN RICCI

                _s/_ James A. Boatman, Jr._____
                   James A. Boatman, Jr., Esq.
                   Fla. Bar No. 130184