**ORDERED.**

Dated: January 18, 2023

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re<br><br>NEZAR SAEED HAMMO,<br><br>    Debtor.<br>_____<br><br>DISH NETWORK L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>NEZAR SAEED HAMMO,<br>    Defendant. | Case No. 6:21-bk-02336-GER<br><br>Chapter 7<br><br><br><br><br>Adversary No. 6:21-ap-00123-GER |

### AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

THIS CASE, came on for consideration without a hearing on the Stipulated Motion for Entry of Final Judgment and Permanent Injunction filed by Plaintiff DISH Network L.L.C ("DISH") and Defendant Nezar Saeed Hammo ("Defendant") (Dkt. 50) ("Stipulation"). Having reviewed the Stipulation, and good cause appearing, the Court approves the Stipulation. Accordingly, it is

**ORDERED**:

1.     Judgment is entered for DISH and against Defendant on Counts I and II of the adversary complaint (Dkt. 1), which alleges Defendant induced and materially contributed to copyright infringement in violation of the Copyright Act and 17 U.S.C. § 501, and that the damages therefrom directly stem therefrom are from Defendant's willful and malicious injury to DISH, and are therefore non-dischargeable under 11 U.S.C. § 523(a)(6).

2.     DISH is awarded damages of $16,050,000 against Defendant pursuant to 17 U.S.C. § 504(c), which consists of $150,000 for each of DISH's 107 registered, copyrighted works that Defendant willfully and maliciously infringed.

3.     The $16,050,000 damage award is non-dischargeable under 11 U.S.C. § 523(a)(6).

4.     For purposes of this order, "Protected Channels" means Aaj Tak; Al Hayah 1 (a/k/a Al Hayat 1); Al Jazeera Arabic News; ART Cima; ATN Bangla; ATN News; B4U Music; CBC; CBC Drama; Dunya TV; Express Entertainment; Express News; Future TV; Geo News; Geo TV; Hekayat; Hum Masala; Hum Sitaray; Hum TV; Hum World; LBC; LBCI (a/k/a LDC); MBC1; MBC Drama; MBC Kids (a/k/a MBC3); MBC Masr; Melody Classic; NTV Bangla; SAB; SET Max; Sony SET; Zee Aflam; and Zee Alwan.

5.     Defendant and any of his affiliates, officers, agents, servants, employees, or other persons acting in active concert or participation with any of the foregoing that receives actual notice of this order, are hereby permanently enjoined from:

a.     reproducing, copying, transmitting, streaming, distributing, or publicly performing in the United States, by means of any device or process, any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

b.     distributing, providing, selling, or promoting any product, or service, including ATN set-top boxes, apps, service subscriptions, and any other set-top boxes and television subscription services, that reproduce, copy, transmit, stream, distribute, or publicly perform any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels in the United States; and

c.     otherwise infringing DISH's rights in any of the Protected Channels, either

directly, contributorily, vicariously, or in any other manner.

      6.      This permanent injunction takes effect immediately.

      7.      Each party is to bear its own attorneys' fees and costs.

      8.      The Court retains jurisdiction over this action for the purpose of enforcing its injunction.

Attorney James A. Boatman, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.